IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Sonya Coley, et al. § <br> Plaintiffs. § <br> § <br> § <br> v. § <br> § <br> § <br> § <br> Vannguard Urban Improvement Ass'n § <br> Inc., et al     . § <br> Defendants. § | Civil Action No. 12-cv-5565 <br> (Chen, J)(Reyes, M.J.) |

## PLAINTIFFS' MOTION TO COURT
## FOR DEFAULT JUDGMENT

Plaintiffs, Sonya Coley, Ebony Hall, Sonya Johnson, Mossa Jones, Ruth Richardson, Salika Taylor, Elizabeth Wright and Thomas Pope, move for a Default Judgment under Fed. R. Civ. P. 55(b)(2). The grounds of this motion are that the defendants have failed to answer or defend against this claim. This motion is based on the pleadings and papers on file in this case, the plaintiffs' affidavits, the Declaration of Irene Donna Thomas, Esq., and the attached memorandum of law.

## NOTICE OF MOTION

Please take notice that Plaintiffs will bring this motion for a default judgment before this court on May 3, 2013, before the Honorable Pamela K. Chen, United States District Judge, Eastern District of New York, Chambers N631, Brooklyn, NY 11201.

Dated:      Brooklyn, NY
            May 1, 2013

_____
Irene Donna Thomas
Thomas & Associates

Brooklyn, New York ████
718-493-9287
877-456-0003 fax
ithomas20@aol.com