## PAYMENT STATUS OF PAYROLL

## FOR RUTH RICHARDSON

**USUAL DEDUCTIONS (UD):**  Federal  $98.37, Social Security $42.00, Medicare Tax  $14.50, NY State Tax $26.36, NYC Tax  $17.07, NY Life Insurance $20.00, John Hancock Retirement 403(B)  $150.00

**PARTIAL DEDUCTIONS (PD):**  Federal  $31.25, Social Security  $23.26, Medicare Tax  $8.03, State Tax  $5.08, NYC Tax  $3.85, NY Life Insurance  $20.00, John Hancock Retirement 403 (B)  $150.00

12/19/11 – 12/30/11 Paid late with UD

01/02/12 – 01/13/12 Paid late with UD

1/16/12 – 1/27/12 Paid late with UD

1/30/12 – 2/10/12 Paid late with UD

2/13/12 – 2/14/12 Paid late with UD

2/27/12 – 3/9/12 – Paid late with UD

3/12/12 – 3/23/12 – Paid late with UD

3/26/12 – 4/6/12 – Paid late with UD

4/9/12 – 4/20/12 – Paid late with UD

4/23/12 – 5/4/12 – Paid late with UD

5/7/12 – 5/18/12 – Paid late with UD

5/21/12 – 6/1/12 – Paid late with UD

6/4/12 – 6/15/12  Paid late with UD

6/16/12 – 6/29/12 Paid late with UD

7/2/12 – 7/13/12 Paid late with UD

7/16/12 – 7/27/12 Paid late with UD

7/30/12 – 8/10/12 Paid late with UD

8/13/12 – 8/24/12 partial payment $553.85 of $1000 with PD deductions - Gross of - $446.15 to be paid

8/27/12 – 9/7/12 partial payment $554.85 of $1000 with PD deductions - Gross of - $446.15 to be paid

9/10/12 – 9/21/12 partial payment $553.85 of $1000 with PD deductions Gross of - $446.15 to be paid

9/24/12 – 10/5/12 partial payment $553.85 of $1000 with PD deductions Gross of - $446.15 to be paid

10/8/12 – 10/19/12 partial payment $553.85 of $1000 with PD deductions Gross of - $446.15 to be paid

10/22/12 – 11/2/12 partial payment $553.85 of $1000 with PD deductions Gross of - $446.15 to be paid

11/5/12 – 11/16/12 partial payment $553.85 of $1000 with PD deductions Gross of - $446.15 to be paid

11/19/12 - 11/26/12 partial payment $553.85 of $600 with some deductions no insurance and no 403B deduction taken from this check.  Gross pay of $46.65 to be paid.

Notes:  All checks  from 12/19/11 through  8/10/12 were late.   All checks from 8/13/12 through 11/26/12 were partial checks with some deductions taken in lower amounts than they should be, meaning, when we do our taxes for the year 2012, we are going to have to use money we do not have to **pay the correct amounts for the Federal, State and city deductions which VUIA failed to do.**  In addition I was not paid any of the 7 remaining partial payroll payments of $446.15 (gross) and 1 of $46.65 (gross).

**<u>LATE GROSS PAY NOT RECEIVED</u>**

7 partial checks for $446.15 each = $3,123.05

1 partial check for $46.65          = $46.65

**TOTAL GROSS AMT TO BE PAID       $3,169.70**



# Earnings Statement

| CO. | FILE | DEPT. | CLOCK | NUMBER | 040 |
| PYF | 695560 | 00401A | | 0000055594 | 1 |

*VANNGUARD URBAN IMPROVEMENT ASSN., INC.*
*PAYROLL ACCOUNT*
*601-619 THROOP AVENUE*
*BROOKLYN, NEW YORK 11216*

| Period Beginning: | 06/02/2012 |
| Period Ending: | 06/15/2012 |
| Pay Date: | 06/19/2012 |

RUTH  C  RICHARDSON

Taxable Marital Status:  Single
Exemptions/Allowances:
  Federal:    0
  NY:       0
  New York Cit:  0

Social Security Number: XXX-XX-XXXX

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1057.00 | | 1,000.00 | 13,000.00 |
| **Gross Pay** | | | **$1,000.00** | |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -98.37 | 1,278.81 |
| | Social Security Tax | -42.00 | 546.00 |
| | Medicare Tax | -14.50 | 188.50 |
| | NY State Income Tax | -26.36 | 342.68 |
| | New York Cit Income Tax | -17.07 | 221.91 |
| | **Other** | | |
| | Insurance | -20.00 | 260.00 |
| | 403B | -150.00* | 1,950.00 |
| | **Net Pay** | **$631.70** | |

**\* Excluded from federal taxable wages**
  Your federal taxable wages this period are $850.00

## Important Notes
YOUR COMPANY'S PHONE NUMBER IS 718-453-3330

©1998, 2006, ADP, Inc. All Rights Reserved.

► TEAR HERE

# Earnings Statement

| | |
|---|---|
| Period Beginning: | 07/28/2012 |
| Period Ending: | 08/10/2012 |
| Pay Date: | 08/14/2012 |

CO.   FILE   DEPT.   CLOCK   NUMBER   040
PYF   695560   00401A   0000055667   1

VANNGUARD URBAN IMPROVEMENT ASSN., INC.
PAYROLL ACCOUNT
601-619 THROOP AVENUE
BROOKLYN, NEW YORK 11216

Taxable Marital Status: Single
Exemptions/Allowances:
   Federal:   0
   NY:   0
   New York Cit:   0

Social Security Number: XXX-XX-XXXX

RUTH C RICHARDSON

7/30/12 - 8/10/12

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1057.00 | 1 | 1,000.00 | 17,000.00 |
| **Gross Pay** | | | **$1,000.00** | |

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -98.37 | 1,672.29 |
| Social Security Tax | | -42.00 | 714.00 |
| Medicare Tax | | -14.50 | 246.50 |
| NY State Income Tax | | -26.36 | 448.12 |
| New York Cit Income Tax | | -17.07 | 290.19 |
| | | | |
| **Other** | | | |
| Insurance | | -20.00 | 340.00 |
| 403B | | -150.00* | 2,550.00 |
| **Net Pay** | | **$631.70** | |

\* Excluded from federal taxable wages
Your federal taxable wages this period are $850.00

## Important Notes
YOUR COMPANY'S PHONE NUMBER IS 718-453-3330

©1998, 2006, ADP, Inc. All Rights Reserved.

▲ TEAR HERE

© 2000 ADP, Inc.

CO.   FILE   DEPT.   CLOCK   NUMBER   040
PYE   695560   09491A                0000055698

# Earnings Statement

*VANNGUARD URBAN IMPROVEMENT ASSN., INC.*
*PAYROLL ACCOUNT*
*601-619 THROOP AVENUE*
*BROOKLYN, NEW YORK 11216*

| | |
|---|---|
| Period Beginning: | 08/11/2012 |
| Period Ending: | 08/24/2012 |
| Pay Date: | 08/30/2012 |

Taxable Marital Status:   Single
Exemptions/Allowances:
  Federal:          0
  NY:               0
  New York Cit:     0

**RUTH C RICHARDSON**

Social Security Number:  XXX-XX-XXXX

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1057.00 | 153.85 | | |
| Gross Pay | | | $153.85 | 17,153.85 |

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS 718-453-3330

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -6.46 | 720.46 |
| | Medicare Tax | -2.23 | 248.73 |
| | Federal Income Tax | | 1,672.29 |
| | NY State Income Tax | | 448.12 |
| | New York Cit Income Tax | | 290.19 |
| | **Other** | | |
| | 403B | -145.16* | 2,695.16 |
| | Insurance | | 340.00 |
| | **Net Pay** | | $0.00 |

**\* Excluded from federal taxable wages**
  Your federal taxable wages this period are $8.69

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

1-2/210

VANNGUARD URBAN IMPROVEMENT ASSN., INC.   **Payroll check number:  0000055698**
PAYROLL ACCOUNT                             Pay date:            08/30/2012
601-619 THROOP AVENUE
BROOKLYN, NEW YORK  11216

Pay to the
order of:   **RUTH C RICHARDSON**

This amount:  ************************************************************  ***************

CHEMICAL BANK
BROOKLYN, NEW YORK

AUTHORIZED SIGNATURE

THIS IS NOT A CHECK

**NON-NEGOTIABLE - VOID - NON-NEGOTIABLE - VOID**

| CO. | FILE | DEPT. | CLOCK NUMBER | 040 |
|-----|------|-------|--------------|-----|
| PYF | 695560 | 00401A | 0000055699 | 2 |

# Earnings Statement

**ADP**

*VANNGUARD URBAN IMPROVEMENT ASSN., INC.*
*PAYROLL ACCOUNT*
*601-619 THROOP AVENUE*
*BROOKLYN, NEW YORK 11216*

| | |
|---|---|
| Period Beginning: | 08/11/2012 |
| Period Ending: | 08/24/2012 |
| Pay Date: | 08/30/2012 |

Taxable Marital Status:  Single
Exemptions/Allowances:
  Federal:       0
  NY:            0
  New York Cit:  0

**RUTH C RICHARDSON**

Social Security Number:  XXX-XX-XXXX

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 1057.00 | 400.00 | | |
| Gross Pay | | | $400.00 | 17,553.85 |

**Important Notes**

YOUR COMPANY'S PHONE NUMBER IS 718-453-3330

| Deductions | Statutory | | |
|------------|-----------|--|--|
| | Federal Income Tax | -32.12 | 1,704.41 |
| | Social Security Tax | -16.80 | 737.26 |
| | Medicare Tax | -5.80 | 254.53 |
| | NY State Income Tax | -5.42 | 453.54 |
| | New York Cit Income Tax | -4.02 | 294.21 |
| | **Other** | | |
| | Insurance | -20.00 | 360.00 |
| | 403B | -4.84* | 2,700.00 |
| | **Net Pay** | **$311.00** | |

* **Excluded from federal taxable wages**
  Your federal taxable wages this period are $395.16

Case 1:12-cv-05565-PKC-RER Document 16-1 Filed 05/03/13 Page 7 of 22 PageID #: 71

| CO. | FILE | DEPT. | CLOCK NUMBER | 040 |
|-----|------|-------|--------------|-----|
| PYE | 695560 | 00401A | 0000055731 | 1 |

# Earnings Statement

ADP

VANNGUARD URBAN IMPROVEMENT ASSN., INC.
PAYROLL ACCOUNT
601-619 THROOP AVENUE
BROOKLYN, NEW YORK 11216

Period Beginning: 08/25/2012
Period Ending: 09/07/2012
Pay Date: 09/24/2012

Taxable Marital Status: Single
Exemptions/Allowances:
    Federal: 0
    NY: 0
    New York Cit: 0

**RUTH C RICHARDSON**

Social Security Number: XXX-XX-XXXX

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 1057.00 | 153.85 | | |
| Gross Pay | | | $153.85 | 18,153.85 |

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS 718-453-3330

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Social Security Tax | -6.46 | 762.46 |
| | Medicare Tax | -2.23 | 263.23 |
| | Federal Income Tax | | 1,770.66 |
| | NY State Income Tax | | 474.48 |
| | New York Cit Income Tax | | 307.26 |
| | **Other** | | |
| | 403B | -145.16* | 2,845.16 |
| | Insurance | | 360.00 |
| | Net Pay | | $0.00 |

\* Excluded from federal taxable wages
  Your federal taxable wages this period are $8.69

---

© 2000 ADP, Inc.

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

1-2/210

VANNGUARD URBAN IMPROVEMENT ASSN., INC.
PAYROLL ACCOUNT
601-619 THROOP AVENUE
BROOKLYN, NEW YORK 11216

**Payroll check number: 0000055731**
Pay date: 09/24/2012

Pay to the
order of:   **RUTH C RICHARDSON**

This amount: ************************************************************ ***************

THIS IS NOT A CHECK

CHEMICAL BANK
BROOKLYN, NEW YORK

AUTHORIZED SIGNATURE

**NON-NEGOTIABLE - VOID - NON-NEGOTIABLE - VOID**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK · HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT

| CO. | FILE | DEPT. | CLOCK | NUMBER | 040 |
|-----|------|-------|-------|--------|-----|
| **PYF** | 695560 | 00401A | | 0000055732 | 2 |

# Earnings Statement



*VANNGUARD URBAN IMPROVEMENT ASSN., INC.*
*PAYROLL ACCOUNT*
*601-619 THROOP AVENUE*
*BROOKLYN, NEW YORK 11216*

| | |
|---|---|
| Period Beginning: | 08/25/2012 |
| Period Ending: | 09/07/2012 |
| Pay Date: | 09/24/2012 |

Taxable Marital Status:   Single
Exemptions/Allowances:
    Federal:    0
    NY:    0
    New York Cit:    0

**RUTH C RICHARDSON**

Social Security Number:   XXX-XX-XXXX

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 1057.00 | 400.00 | | |
| Gross Pay | | | $400.00 | 18,553.85 |

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS 718-453-3330

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Income Tax | -31.25 | 1,801.91 |
| | Social Security Tax | -16.80 | 779.26 |
| | Medicare Tax | -5.80 | 269.03 |
| | NY State Income Tax | -5.08 | 479.56 |
| | New York Cit Income Tax | -3.85 | 311.11 |
| | **Other** | | |
| | Insurance | -20.00 | 380.00 |
| | 403B | -4.84* | 2,850.00 |
| | Net Pay | $312.38 | |

**\* Excluded from federal taxable wages**
Your federal taxable wages this period are $395.16

© 2000 ADP, Inc.

CO. FILE  DEPT.  CLOCK  NUMBER
PYF  695560 00401A  0000055778  2

# Earnings Statement

**ADP®**

VANNGUARD URBAN IMPROVEMENT ASSN., INC.
PAYROLL ACCOUNT
601-619 THROOP AVENUE
BROOKLYN, NEW YORK 11216

| | |
|---|---|
| Period Beginning: | 08/25/2012 9/10/12 |
| Period Ending: | 09/21/2012 |
| Pay Date: | 09/26/2012 |

Taxable Marital Status:  Single
Exemptions/Allowances:
  Federal:  0
  NY:  0
  New York Cit:  0

**RUTH  C  RICHARDSON**

Social Security Number:  XXX-XX-XXXX

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1057.00 | 400.00 | | |
| Gross Pay | | | **$400.00** | 19,553.85 |

**Important Notes**

YOUR COMPANY'S PHONE NUMBER IS 718-453-3330

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -31.25 | 1,870.95 |
| | Social Security Tax | -16.80 | 821.26 |
| | Medicare Tax | -5.80 | 283.53 |
| | NY State Income Tax | -5.08 | 491.76 |
| | New York Cit Income Tax | -3.85 | 319.78 |
| | **Other** | | |
| | Insurance | -20.00 | 400.00 |
| | 403B | -4.84* | 3,000.00 |
| | **Net Pay** | | **$312.38** |

**\* Excluded from federal taxable wages**
  Your federal taxable wages this period are $395.16

**Earnings Statement** ADP

VANNGUARD URBAN IMPROVEMENT ASSN., INC.
PAYROLL ACCOUNT
601-619 THROOP AVENUE
BROOKLYN, NEW YORK 11216

| | |
|---|---|
| Period Beginning: | 08/25/2012 |
| Period Ending: | 09/21/2012 |
| Pay Date: | 09/26/2012 |

CO. FILE DEPT. CLOCK NUMBER 040

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  NY: 0
  New York Cit: 0

**RUTH C RICHARDSON**

Social Security Number: XXX-XX-XXXX

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1057.00 | 153.85 | | |
| Gross Pay | | | $153.85 | 19,153.85 |

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS 718-453-3330

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -6.46 | 804.46 |
| | Medicare Tax | -2.23 | 277.73 |
| | Federal Income Tax | | 1,839.70 |
| | NY State Income Tax | | 486.68 |
| | New York Cit Income Tax | | 315.93 |
| | Other | | |
| | 403B | -145.16* | 2,995.16 |
| | Insurance | | 380.00 |
| Net Pay | | $0.00 | |

  **\* Excluded from federal taxable wages**
    Your federal taxable wages this period are $8.69

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

1-2/210

VANNGUARD URBAN IMPROVEMENT ASSN., INC.
PAYROLL ACCOUNT
601-619 THROOP AVENUE
BROOKLYN, NEW YORK 11216

Payroll check number: 0000055777
Pay date: 09/26/2012

Pay to the order of: **RUTH C RICHARDSON**

This amount: ************************************************************* ***************

THIS IS NOT A CHECK

CHEMICAL BANK
BROOKLYN, NEW YORK

AUTHORIZED SIGNATURE

**NON-NEGOTIABLE - VOID - NON-NEGOTIABLE - VOID**

VANNGUARD URBAN IMPROVEMENT ASSN., INC.
PAYROLL ACCOUNT

8967

| 10/11/12 | RUTH RI001 | RUTH RICHARDSON | $153.85 |

| Ln# | Description | Invoice | Amount |
|-----|-------------|---------|--------|
| 1 | reimb. for 403 B duplic. withr | 101112DE | 153.85 |

VANNGUARD URBAN IMPROVEMENT ASSN., INC.
PAYROLL ACCOUNT

8967

| Ln# | Description | Invoice | Amount |
|-----|-------------|---------|--------|
| 1 | reimb. for 403 B duplic. withr | 101112DE | 153.85 |

INVOICE #
10512

P/E 9/13-10/5/12 - REPLENISH DUPLICATION OF 403(B)
SEE CHECK #55811 & 554812

9/24/12   10/5/12

©1992, 2006, ADP, Inc. All Rights Reserved.



# Earnings Statement

**ADP®**

VANNGUARD URBAN IMPROVEMENT ASSN., INC.
PAYROLL ACCOUNT
601-619 THROOP AVENUE
BROOKLYN, NEW YORK 11216

CO.   FILE   DEPT.   CLOCK   NUMBER   040
**PYF**   695560   00401A   0000055812   2

Period Beginning:   09/22/2012
Period Ending:   10/05/2012
Pay Date:   10/09/2012

RUTH C RICHARDSON

Taxable Marital Status:   Single
Exemptions/Allowances:
Federal:   0
NY:   0
New York Cit:   0

Social Security Number: XXX-XX-XXXX

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS 718-453-3330

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1057.00 | 400.00 | $400.00 | 20,553.85 |
| **Gross Pay** | | | **$400.00** | 20,553.85 |

| Deductions | this period | year to date |
|---|---|---|
| **Statutory** | | |
| Federal Income Tax | -31.25 | 1,939.99 |
| Social Security Tax | -16.80 | 863.26 |
| Medicare Tax | -5.80 | 298.03 |
| NY State Income Tax | -5.08 | 503.96 |
| New York Cit Income Tax | -3.85 | 328.45 |
| **Other** | | |
| Exmp | -153.85 | 153.85 |
| Insurance | -20.00 | 420.00 |
| 403B | -4.84 | 3,150.00 |
| **Net Pay** | **$158.53** | |

**\* Excluded from federal taxable wages**
Your federal taxable wages this period are $395.16

amt of check
on hold
rec'd 446.15 +
rec'd 153.85 +
rec'd 400.00 +

003
1,000.00 *

0. *

0. *

9/24/12 -
10/5/12

| CO. | FILE | DEPT. | CLOCK | NUMBER | 040 |
|-----|------|-------|-------|--------|-----|

**Earnings Statement**

ADP

VANNGUARD URBAN IMPROVEMENT ASSN., INC.
PAYROLL ACCOUNT
601-619 THROOP AVENUE
BROOKLYN, NEW YORK 11216

Period Beginning:     09/22/2012
Period Ending:        10/05/2012
Pay Date:             10/09/2012

Taxable Marital Status:    Single
Exemptions/Allowances:
    Federal:          0
    NY:               0
    New York Cit:     0

**RUTH C RICHARDSON**

Social Security Number:    XXX-XX-XXXX

| **Earnings** | rate | hours | this period | year to date |
|--------------|------|-------|-------------|--------------|
| Regular | 1057.00 | 153.85 | | |
| Gross Pay | | | $153.85 | 20,153.85 |

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS 718-453-3330

| **Deductions** | **Statutory** | | |
|----------------|---------------|--|--|
| | Social Security Tax | -6.46 | 846.46 |
| | Medicare Tax | -2.23 | 292.23 |
| | Federal Income Tax | | 1,908.74 |
| | NY State Income Tax | | 498.88 |
| | New York Cit Income Tax | | 324.60 |
| | **Other** | | |
| | 403B | -145.16* | 3,145.16 |
| | Insurance | | 400.00 |
| | Net Pay | | $0.00 |

**\* Excluded from federal taxable wages**
Your federal taxable wages this period are $8.69

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

1-2/210

VANNGUARD URBAN IMPROVEMENT ASSN., INC.
PAYROLL ACCOUNT
601-619 THROOP AVENUE
BROOKLYN, NEW YORK 11216

**Payroll check number:  0000055811**
Pay date:               10/09/2012

Pay to the order of:    **RUTH C RICHARDSON**

This amount:    **************************************************    ***************

CHEMICAL BANK
BROOKLYN, NEW YORK

AUTHORIZED SIGNATURE

THIS IS NOT A CHECK

**NON-NEGOTIABLE - VOID - NON-NEGOTIABLE - VOID**

VANNGUARD URBAN IMPROVEMENT ASSN., INC.
PAYROLL ACCOUNT

| | | | | |
|---|---|---|---|---|
| 10/11/12 | RUTH RI001 | RUTH RICHARDSON | | $153.85 |

| Ln# | Description | Invoice | Amount |
|---|---|---|---|
| 1 | reimb. for 403 B duplic. withr | 101112DE | 153.85 |

237    SFFUNDEZ-1                TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 212-736-3432                H4L6MiM0010000    L05SF012378

VANNGUARD URBAN IMPROVEMENT ASSN., INC.
PAYROLL ACCOUNT

**8967**

| Ln# | Description | Invoice | Amount |
|---|---|---|---|
| 1 | reimb. for 403 B duplic. withr | 101112DE | 153.85 |

INVOICE #    P/R  9/13-10/5/12  ( REPLENISH DUPLICATION OF 403(B) )
10512        SEE CHECK #55811 & 554812

9/24/12
10/5/12

VANNGUARD URBAN IMPROVEMENT ASSN., INC.
PAYROLL ACCOUNT
613-619 GEORGE GLEE JR'S WAY - THIRD FLOOR
BROOKLYN, NY 11216

**8967**

JPMorganChaseBank    BROOKLYN, NY 11216    00008967

1-2/210

DATE
10/11/12

CHECK AMOUNT
*********153.85

PAY    ** One Hundred Fifty Three Dollar(s) and Eighty Five Cents **

TO THE
ORDER
OF:
RUTH RICHARDSON
CUSTODIAN
BROOKLYN, NY 11216

MP
AUTHORIZED SIGNATURE
MP
AUTHORIZED SIGNATURE

⑈008967⑈ ⑆021000021⑆ 139013547⑈

Case 1:12-cv-05969-PKC-RER   Document 16-1   Filed 03/08/13   Page 16 of 22 PageID #: 271

# Earnings Statement

ADP®

VANNGUARD URBAN IMPROVEMENT ASSN., INC.
PAYROLL ACCOUNT
601-619 THROOP AVENUE
BROOKLYN, NEW YORK 11216

| | |
|---|---|
| Period Beginning: | 10/06/2012 |
| Period Ending: | 10/19/2012 |
| Pay Date: | 10/23/2012 |

Taxable Marital Status:   Single
Exemptions/Allowances:
   Federal:       0
   NY:          0
   New York Cit:  0

**RUTH C RICHARDSON**

Social Security Number:   XXX-XX-XXXX

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1057.00 | | 553.85 | |
| Gross Pay | | | **$553.85** | 21,553.85 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -31.25 | 2,009.03 |
| | Social Security Tax | -23.26 | 905.26 |
| | Medicare Tax | -8.03 | 312.53 |
| | NY State Income Tax | -5.08 | 516.16 |
| | New York Cit Income Tax | -3.85 | 337.12 |
| | **Other** | | |
| | Insurance | -20.00 | 440.00 |
| | 403B | -150.00* | 3,300.00 |
| | Exmpt | | 153.85 |
| | **Net Pay** | | **$312.38** |

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS 718-453-3330

**\* Excluded from federal taxable wages**
  Your federal taxable wages this period are $403.85

© 2000 ADP, Inc.

CO.   FILE   DEPT.   CLOCK NUMBER   040
PYE   6BE566 0040(A   0000005864

# Earnings Statement

ADP

VANNGUARD URBAN IMPROVEMENT ASSN., INC.
PAYROLL ACCOUNT
601-619 THROOP AVENUE
BROOKLYN, NEW YORK 11216

| Period Beginning: | 10/20/2012 |
| Period Ending: | 11/02/2012 |
| Pay Date: | 11/08/2012 |

Taxable Marital Status:   Single
Exemptions/Allowances:
  Federal:      0
  NY:         0
  New York Cit:  0

**RUTH C RICHARDSON**

Social Security Number:   XXX-XX-XXXX

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 1057.00 | 153.85 | | |
| **Gross Pay** | | | **$153.85** | 21,707.70 |

| Deductions | Statutory | | |
|------------|-----------|--|--|
| | Social Security Tax | -6.46 | 911.72 |
| | Medicare Tax | -2.23 | 314.76 |
| | Federal Income Tax | | 2,009.03 |
| | NY State Income Tax | | 516.16 |
| | New York Cit Income Tax | | 337.12 |
| | **Other** | | |
| | 403B | -145.16* | 3,445.16 |
| | Exmpt | | 153.85 |
| | Insurance | | 440.00 |
| | **Net Pay** | | **$0.00** |

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS 718-453-3330

**\* Excluded from federal taxable wages**
  Your federal taxable wages this period are $8.69

© 2000 ADP, Inc.

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

1-2/210

VANNGUARD URBAN IMPROVEMENT ASSN., INC.
PAYROLL ACCOUNT
601-619 THROOP AVENUE
BROOKLYN, NEW YORK 11216

**Payroll check number:**   0000055864
Pay date:   11/08/2012

Pay to the
order of:   **RUTH C RICHARDSON**

This amount:   ************************************************************************   ***************

THIS IS NOT A CHECK

CHEMICAL BANK
BROOKLYN, NEW YORK

AUTHORIZED  SIGNATURE

**NON-NEGOTIABLE - VOID - NON-NEGOTIABLE - VOID**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK • HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT

CO.     FILE    DEPT.   CLOCK   NUMBER    040
PYF     695560  00401A          0000055865    2

# Earnings Statement

ADP

VANNGUARD URBAN IMPROVEMENT ASSN., INC.
PAYROLL ACCOUNT
601-619 THROOP AVENUE
BROOKLYN, NEW YORK 11216

Period Beginning:    10/20/2012
Period Ending:       11/02/2012
Pay Date:            11/08/2012

Taxable Marital Status:    Single
Exemptions/Allowances:
   Federal:      0
   NY:           0
   New York Cit: 0

**RUTH C RICHARDSON**

Social Security Number:  XXX-XX-XXXX

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 1057.00 | 400.00 | | |
| Gross Pay | | | $400.00 | 22,107.70 |

**Important Notes**

YOUR COMPANY'S PHONE NUMBER IS 718-453-3330

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Income Tax | -31.25 | 2,040.28 |
| | Social Security Tax | -16.80 | 928.52 |
| | Medicare Tax | -5.80 | 320.56 |
| | NY State Income Tax | -5.08 | 521.24 |
| | New York Cit Income Tax | -3.85 | 340.97 |
| | Other | | |
| | Insurance | -20.00 | 460.00 |
| | 403B | -4.84* | 3,450.00 |
| | Exmpt | | 153.85 |
| | Net Pay | | $312.38 |

**\* Excluded from federal taxable wages**
  Your federal taxable wages this period are $395.16

PYF    695560  004001A        0000055892   1

# Earnings Statement

ADP®

VANNGUARD URBAN IMPROVEMENT ASSN., INC.
PAYROLL ACCOUNT
601-619 THROOP AVENUE
BROOKLYN, NEW YORK 11216

| | |
|---|---|
| Period Beginning: | 11/03/2012 |
| Period Ending: | 11/16/2012 |
| Pay Date: | 11/19/2012 |

Taxable Marital Status:   Single
Exemptions/Allowances:
Federal:        0
NY:             0
New York Cit:   0

**RUTH C RICHARDSON**

Social Security Number:  XXX-XX-XXXX

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1000.00 | 153.85 | | |
| Gross Pay | | | $153.85 | 22,261.55 |

### Important Notes

YOUR SALARY RATE HAS BEEN CHANGED FROM 1,057.00 TO 1,000.00.

YOUR COMPANY'S PHONE NUMBER IS 718-453-3330

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -6.47 | 934.99 |
| | Medicare Tax | -2.23 | 322.79 |
| | Federal Income Tax | | 2,040.28 |
| | NY State Income Tax | | 521.24 |
| | New York Cit Income Tax | | 340.97 |
| | Other | | |
| | 403B | -145.15* | 3,595.15 |
| | Exmpt | | 153.85 |
| | Insurance | | 460.00 |
| | Net Pay | $0.00 | |

\* **Excluded from federal taxable wages**
   Your federal taxable wages this period are $8.70

©2000 ADP, Inc.

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

1-2:210

VANNGUARD URBAN IMPROVEMENT ASSN., INC.
PAYROLL ACCOUNT
601-619 THROOP AVENUE
BROOKLYN, NEW YORK 11216

Payroll check number:  0000055892
Pay date:                    11/19/2012

Pay to the
order of:     **RUTH C RICHARDSON**

This amount:  ********************************************          ***************

THIS IS NOT A CHECK

HEMICAL BANK
BROOKLYN, NEW YORK

AUTHORIZED SIGNATURE

**NON-NEGOTIABLE - VOID - NON-NEGOTIABLE - VOID**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THIS.

PYF   695560 00401A      0000055893  2

# Earnings Statement

VANNGUARD URBAN IMPROVEMENT ASSN., INC.
PAYROLL ACCOUNT
601-619 THROOP AVENUE
BROOKLYN, NEW YORK 11216

| Period Beginning: | 11/03/2012 |
| Period Ending: | 11/16/2012 |
| Pay Date: | 11/19/2012 |

Taxable Marital Status:   Single
Exemptions/Allowances:
   Federal:     0
   NY:        0
   New York Cit:  0

**RUTH C RICHARDSON**

Social Security Number:  XXX-XX-XXXX

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1000.00 | 400.00 | | |
| Gross Pay | | | $400.00 | 22,661.55 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -31.25 | 2,071.53 |
| | Social Security Tax | -16.80 | 951.79 |
| | Medicare Tax | -5.80 | 328.59 |
| | NY State Income Tax | -5.08 | 526.32 |
| | New York Cit Income Tax | -3.85 | 344.82 |
| | **Other** | | |
| | Insurance | -20.00 | 480.00 |
| | 403B | -4.85* | 3,600.00 |
| | Exmpt | | 153.85 |
| | **Net Pay** | **$312.37** | |

**\* Excluded from federal taxable wages**
  Your federal taxable wages this period are $395.15

**Important Notes**

YOUR COMPANY'S PHONE NUMBER IS 718-453-3330

CO.     FILE     DEPT.    CLOCK    NUMBER    040
PYF    695560   00401A              0000055919   1

# Earnings Statement

*VANNGUARD URBAN IMPROVEMENT ASSN., INC.*
*PAYROLL ACCOUNT*
*601-619 THROOP AVENUE*
*BROOKLYN, NEW YORK 11216*

Period Beginning:        11/17/2012
Period Ending:           11/30/2012
Pay Date:                12/04/2012

Taxable Marital Status:   Single
Exemptions/Allowances:
  Federal:              0
  NY:                   0
  New York Cit:         0

**RUTH  C  RICHARDSON**

Social Security Number: XXX-XX-XXXX

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 1000.00 | | 153.85 | |
| Gross Pay | | | $153.85 | 22,815.40 |

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Income Tax | -7.12 | 2,078.65 |
| | Social Security Tax | -6.46 | 958.25 |
| | Medicare Tax | -2.23 | 330.82 |
| | NY State Income Tax | | 526.32 |
| | New York Cit Income Tax | | 344.82 |
| | **Other** | | |
| | Exmpt | | 153.85 |
| | Insurance | | 480.00 |
| | 403B | | 3,600.00 |
| **Net Pay** | | | **$138.04** |

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS 718-453-3330

Your  federal  taxable  wages  this  period  are  $153.85

| CO. | FILE | DEPT. | CLOCK | NUMBER | 040 |
|-----|------|-------|-------|--------|-----|
| PYF | 695560 | 00401A | | 0000055920 | 2 |

# Earnings Statement

ADP®

*VANNGUARD URBAN IMPROVEMENT ASSN., INC.*
*PAYROLL ACCOUNT*
*601-619 THROOP AVENUE*
*BROOKLYN, NEW YORK 11216*

| Period Beginning: | 11/17/2012 |
|-------------------|------------|
| Period Ending: | 11/30/2012 |
| Pay Date: | 12/04/2012 |

**RUTH C RICHARDSON**

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0
NY: 0
New York Cit: 0

Social Security Number: XXX-XX-XXXX

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 1000.00 | | 400.00 | |
| **Gross Pay** | | | **$400.00** | 23,215.40 |

| Deductions | Statutory | | | |
|------------|-----------|--|--|--|
| | Federal Income Tax | -31.73 | | 2,110.38 |
| | Social Security Tax | -16.80 | | 975.05 |
| | Medicare Tax | -5.80 | | 336.62 |
| | NY State Income Tax | -5.27 | | 531.59 |
| | New York Cit Income Tax | -3.95 | | 348.77 |
| | **Other** | | | |
| | Exmpt | | | 153.85 |
| | Insurance | | | 480.00 |
| | 403B | | | 3,600.00 |
| | **Net Pay** | | | **$336.45** |

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS 718-453-3330



Your federal taxable wages this period are $400.00

