Summary of overtime: Straight/Time and Half + Total by Year

| | Straight | Time and Half | Total |
|---|---|---|---|
| 2006 | $682.30 | $2,046.90 | $2,729.20 |
| 2007 | 3,759.50 | 23,871.90 | 27,631.40 |
| 2008 | 4,382.80 | 13,148.40 | 17,531.20 |
| 2009 | 4,395.00 | 13,185.00 | 17,580.00 |
| 2010 | 4,570.80 | 13,712.40 | 18,283.20 |
| 2011 | 4,131.00 | 12,393 | 16,524.00 |
| 2012 | 2925.20 | 8775.60 | 11,700.80 |
| | 24,846.60 | 87,133.20 | 111,979.80 |

SUMMARY

|      | OVERTIME STRAIGHT | OVERTIME 1.5 | TOTAL |
|------|-------------------|--------------|-------|
| 2006 | 682.30 | 2,046.90 | = 2,729.2 |
| 2007 | 3,759.50 | 23,871.90 | = 27,631.40 ~~27,744.55~~ |
| 2008 | $4,382.80 + 13,148.40 | | = $17,531.20 |
| 2009 | 4,395.00 + 13,185.00 | | = 17,580.00 |
| 2010 | 4,570.80 + 13,712.40 | | = 18,283.20 |
| 2011 | 4,131.00 + 12,393.00 | | = 16,524.00 |
| 2012 | 2,925.20 + 8,775.60 | | = 11,700.80 |

$24,846.60 + 87,133.20    111,979.80

24,846.60

THOMAS POPE

BROOKLYN, NY

## 2006

| CK # | PERIOD ENDING | BI-WK GROSS | ONE WK GR ÷2 | RATE PER HR ÷35 | RATE OVERTIME STRAIGHT (x 5/wk) | OVERTIME 1.5/10WK +(1.5x10) = | SUB TOTAL | # OF WKS | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 52322 | 10/27/06 | $923.08 | $461.54 | $13.19 | $65.95 | +197.85 = | $263.80 x 8 = | | $2110.40 |
| 52378 | 12/08/06 | 923.08 | | | | | | | |
| 52397 | 12/22/06 | $1083.08 | $541.54 | $15.47 | $77.35 | +232.05 = | $309.40 x 2 = | | $618.80 |

2006 ANNUALS          $682.30  +  2046.90  =          $2729.20

2006 DOUBLE CHECK

$$65.95 \times 8 = 527.60$$
$$197.85 \times 8 = 1582.80$$
$$\underline{\qquad\qquad} 2110.40$$

$$77.35 \times 2 = 154.70$$
$$232.05 \times 2 = 464.10$$
$$\underline{\qquad\qquad} 618.80$$

$2729.20

2007

| CK # | PERIOD ENDING | BI WK GROSS ÷2 | ONE WK GROSS ÷5 | RATE PER HR | RATE X OVERTIME STRAIGHT (15/WK) | RATE OVERTIME 1.5 OVER +(1.5X10) = | SUB TOTAL | # OF WKS X | TOTAL = |
|---|---|---|---|---|---|---|---|---|---|
| 52416 | 1/05/07 | $963.08 | $481.54 | $13.76 | $68.75 | +$206.40 | =$275.15 | X 2 = | $550.30 |
| 52434 | 1/19/07 | $1003.08 | $501.54 | $14.33 | $71.65 | +$214.95 | =$286.60 | X 2 = | $573.20 |
| 52451 | 2/02/07 | $1083.08 | $541.54 | $15.47 | $77.35 | +$232.05 | =$309.40 | X 2 = | $618.80 |
| 52469 | 2/16/07 | $1083.08 | $541.54 | $15.47 | $77.35 | +$232.05 | =$309.40 | X 2 = | $618.80 |
| 52487 | 3/02/07 | $1003.08 | $501.54 | $14.33 | $71.65 | +$214.95 | =$286.60 | X 2 = | $573.20 |
| 52504 | 3/16/07 | $1083.08 | $541.54 | $15.47 | $77.35 | +$232.05 | =$309.40 | X 2 = | $618.80 |
| 52521 | 3/30/07 | $1083.08 | $541.54 | $15.47 | $77.35 | +$232.05 | =$309.40 | X 2 = | $618.80 |
| 52539 | 4/13/07 | $963.08 | $481.54 | $13.76 | $68.75 | +$206.40 | =$275.15 | X 2 = | $550.30 |
| 52555 | 4/27/07 | $1083.08 | $541.54 | $15.47 | $77.35 | +$232.05 | =$309.40 | X 6 = | $1856.40 |
| 52587 | 5/25/07 | $1083.08 | | | | | | | |
| 52603 | 6/08/07 | $923.08 | $466.04 | $13.32 | $66.60 | +$199.80 | =$266.40 | X 16 = | $4,262.40 |
| 52780 | 9/28/07 | $923.08 | | | | | | | |
| 52798 | 10/12/07 | $1,224.48 | $612.24 | $17.49 $87.45 | $1311.75 +~~308~~ | =$1399.2 =~~310.80~~ | | X 12 = | $16,790.40 ~~striked~~ |
| 52895 | 12/24/07 | 1224.48 | | | | | | | |

27,631.40

2007 ANNUAL       3759.50 + 23,871.90    ~~striked~~

DOUBLE CHECK

$68.75 \times 2 = 137.50$
$206.40 \times 2 = 412.80$
$\qquad\qquad\qquad\qquad 550.30$

$71.65 \times 2 = 143.30$
$214.95 \times 2 = 429.90$
$\qquad\qquad\qquad\qquad 573.20$

$77.35 \times 4 = 309.40$
$232.05 \times 4 = 928.20$
$\qquad\qquad\qquad\qquad 1237.60$

$71.65 \times 2 = \quad 143.30$
$214.95 \times 2 = \quad 429.90$
$\qquad\qquad\qquad\qquad 573.20$

$77.35 \times 4 = \quad 309.40$
$232.05 \times 4 = \quad \underline{928.20}$
$\qquad\qquad\qquad\qquad 1,237.60$

$68.75 \times 2 = \quad 137.50$
$206.4 \times 2 = \quad 412.80$
$\qquad\qquad\qquad\qquad 550.30$

$77.35 \times 6 = \quad 464.10$
$232.05 \times 6 = \quad 1392.30$
$\qquad\qquad\qquad\qquad 1,856.40$

$66.60 \times 16 = 1,065.60$
$199.80 \times 16 = 3,196.80$
$\qquad\qquad\qquad\qquad 4,262.40$

$87.45 \times 12 = 1049.40$
$1311.75$
$\cancel{13112}$ $\cancel{262.35} \times 12 = \overset{15,741.00}{\cancel{274.35}}$ $\quad 16,790.40$

$\qquad\qquad\qquad\qquad \cancel{1,523.75} \quad \$27,631.40$

2008

| ct# | PERIOD ENDING | BI-WK GROSS | ONE WK G ÷2 | RATE PER HR ÷35 | RATE X OVERTIME STRAIGHT (x5/WK) | + | RATE X OVERTIME 1.5 x 10HR (1.5x10HR) | = | SUB TOTAL | x | # OF WKS | = | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 52902 | 1/4/08 | 1224.48 | 612.24 | 17.49 | 87.45 | + | 262.35 | = | 349.80 | x | 26 | = | 9,094.80 |
| 53104 | 6/20/08 | 1224.48 | | | | | | | | | | | |
| 53121 | 7/04/08 | 1226.90 | 613.45 | 17.53 | 87.65 | + | 262.95 | = | 350.60 | x 2 | | = | 701.20 |
| 53173 | 7/18/08 | 1230.76 | 615.38 | 17.58 | 87.90 | + | 263.70 | = | 351.60 | x 2 2 | | = | 7735.2 |
| 53460 | 12/19/08 | 1230.76 | | | | | | | | | | | |

$$4,382.80 + 13,148.40 = \$17,531.20$$

2008 DOUBLE CHECK

$87.45 \times 26 =$ ~~1923.9~~ 2,273.70
$262.35 \times 26 =$ 6,821.10
~~909~~     9,094.80

$87.65 \times 2 =$ 175.30
$262.95 \times 2 =$ 525.90
                                701.20

$87.90 \times 22$   1,933.80
$263.70 \times 22$  5,801.40   7,735.20

                                17,531.20

2009

| CK # | PERIOD ENDING | BI-WK GROSS | ONE WK GR ÷ 2 | RATE PER HR ÷ 55 | RATE X OVERTIME STRAIGHT (X 57 WK) | RATE OVERTIME 1.5 X 10 HR +(1.5 X 10) = | SUB TOTAL | # OF WKS | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 053486 | 11/02/09 | $1230.76 | $615.38 | $17.58 | $87.90 | +263.70 = | $351.60 | x 50 = | 17,580 |
| 054148 | 12/28/09 | 1230.76 | | | | | | | |
| | | | | | 4,395 + | 13,185 = | | | 17,580.00 |

2009 DOUBLE CHECK

$$87.90 \times 50 = 4,395.00$$
$$263.70 \times 50 = 13,185.00$$

2010
CK

| PERIOD ENDING | BIWK GROSS | OVT WGD ÷2 | RATE PER HR ÷35 | RATE X OVERTIME STRAIGHT (x 5/wk) | RATE X OVERTIME 1.5 x 10 +(1.5x10/w)= | SUB TOTAL | # OF WK x | TOTAL = |
|---|---|---|---|---|---|---|---|---|
| 54172 | 1/1/10  1230.76 | 615.38 | 17.58 | 87.90 | + 263.70 | = 351.60 | x 52 = | 18,283. |
| 54818 | 12/17/10  1230.76 | | | | | | | |

$$4,570.80 + 13,712.40 = \underline{\$18,283.20}$$

2010 DOUBLE CHECK

$$87.90 \times 52 = 4,570.80$$
$$263.70 \times 52 = 13,712.40$$
$$\underline{\$18,283.20}$$

2011

| ck # | PERIOD ENDING | BI-WK GROSS ÷2 | ONE WK G ÷35 | RATE PER HR | RATE × OVERTIME STRAIGHT (×5/WK) | RATE × OVERTIME 1.5×10 †(1.5×10/W) = | SUB TOTAL | # OF WK | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 54843 | 12/31/10 | $1,230.76 | $615.38 | $17.58 | $87.90 | +$263.70 | =$351.60 | ×26 | =$9,141.60 |
| 55156 | 7/15/11 | 1,230.76 | | | | | | | |
| 55174 | 7/29/11 | $1,076.92 | $538.46 | $15.38 | $76.90 | +230.70 | =307.60 | ×24 | =7,382.40 |
| | 12/30/11 | 1,076.92 | | | | | | | |

2011 ANNUAL ——→  $9,141 + 12,393.00 = 16,524

2011 DOUBLE CHECK

$$87.90 \times 26 = 2285.40$$
$$263.70 \times 26 = 6856.20$$
$$\underline{\phantom{xxxxxxxxxxxx}9141.60}$$

$$76.90 \times 24 = 1,845.60$$
$$230.70 \times 24 = 5,536.80$$
$$\underline{\phantom{xxxxxxxxxxxx}7382.40}$$

$$\underline{\underline{16,524^{00}}}$$

2012

| CK# | PERIOD ENDING | B-WK GROSS | ONE WK GR ÷2 | RATE PER HR (÷35) | RATE X OVERTIME STRAIGHT (x 5/WK) | RATE X OVERTIME 1.5 X 10 +(1.5X10) = | SUB TOTAL | # OF WK | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 55400 | 1/13/12 | $1076.92 | $538.46 | $15.38 | $76.90 | +$230.70 = | $307.60 | X26= | $7997.60 |
| 55610 | 6/29/12 | 1076.92 | | | | | | | |
| 55631 | 7/13/12 | $1079.92 | $539.92 | $15.43 | $77.15 | +$231.45 = | $308.60 ~~$840.08~~ | X12= | 3703.20 ~~$6548.08~~ |
| 55281 | 9/21/12 | | | | | | | | |

2012 ANNUAL → 2,925.20 ~~$6548.08~~ + 8175.60 = 11,700.80

2012 DOUBLE CHECK
-----

76.90 X 26 = 1999.40
230.70 X 26 = 5,998.20
                              7997.60
77.15 X 12 = 925.80
231.45 X 12 = 2777.40
                              3703.2

## GROSS CASH VALUE OF ANNUAL LEAVE

| Check # | Period Ending | Pay Date | Gross Bi-Weekly Amt | Per Diem or GWA/10 | Vacation Days per Month | Cash Value per Month | Number of Months | Amount Due |
|---|---|---|---|---|---|---|---|---|
| 52954 | 2/15/2008 | 2/20/2008 | 1224.48 | | | | | |
| 53104 | 6/20/2008 | 6/25/2008 | 1224.48 | 122.44 | 1.25 | $ 153.05 | 4 | $ 612.20 |
| 53121 | 7/4/2008 | 7/9/2008 | 1126.9 | 112.69 | 1.25 | $ 140.86 | 0.5 | $ 70.43 |
| 53173 | 7/18/2008 | 7/23/2008 | 1230.76 | | | | | |
| 55156 | 7/15/2011 | 7/27/2011 | 1230.76 | 123.31 | 1.25 | $ 154.14 | 36 | $5,548.95 |
| 55174 | 7/29/2011 | 8/8/2011 | 1076.92 | | | | | |
| 55648 | 7/31/2012 | 8/9/2012 | 1076.92 | 107.69 | 1.25 | $ 134.61 | 12 | $1,615.35 |
| 55669 | 8/10/2012 | 8/14/2012 | 1079.92 | | | | | |
| 55702 | 8/24/2012 | 8/30/2012 | 1079.92 | 107.99 | 1.25 | $ 134.99 | 0.5 | $ 67.49 |

Total Months: 53

**GRAND TOTAL**  $7,914.43