IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Sonya Coley, Ebony Hall, Sonya Johnson, Mossa Jones, Ruth Richardson, Salika Taylor, Elizabeth Wright, Thomas Pope, Plaintiffs. | § § § § § | |
| | § | Civil Action No. 12-cv-5565 |
| v. | § | (Chen, J)(Reyes, M.J.) |
| | § § | |
| VANNGUARD URBAN IMPROVEMENT ASSOCIATION, INC., Thomas C. Hansard, Jr., Individually & as Chairman of the Board of Directors, Arthur H. Niles, Executive Director/General Manager of Vannguard Urban Improvement Association, Inc., Vannguard Local Development Corp., Inc., 1686 Gates General Partners Corp., Malcolm 1677 General Partners Corp., 1659 Hancock General Partners Corp., 1661 Macon General Partners Corp., Defendants. | § § § § § § § § § § § § § § | MOTION FOR DEFAULT JUDGMENT |

## MOTION FOR DEFAULT JUDGMENT

Plaintiffs, Sonya Coley, Ebony Hall, Sonya Johnson, Mossa Jones, Ruth Richardson, Salika Taylor, Elizabeth Wright and Thomas Pope, by and through their counsel, Irene Donna Thomas, Esq., hereby moves the Court pursuant to Federal Rule of Civil Procedure 55(b) and Local Civil Rule 55.2 to enter default judgment in favor of plaintiffs and against defendants (1) Vannguard Local Development Corp., Inc., (2) 1686 Gates General Partners Corp., (3) Malcolm 1677 General Partners Corp., (4) 1659 Hancock General Partners Corp., and (5) 1661 Macon General Partners Corp. on the grounds that said defendants failed to answer or otherwise defend against the complaint.

Dated:     Brooklyn, New York
           July 23, 2014


_____
Irene Donna Thomas
Thomas & Associates
977 St. Johns' Place
Brooklyn, New York 11213
718-493-9287
ithomas20@aol.com

To:   Andre Soleil, Esq. (via ECF)
      Frank Meyers, Esq. (via ECF)
      Arthur H. Niles, Defendant Pro Se, 516 MacDonough Street, 1st Floor, Brooklyn, NY 11233
      Vannugard Local Development Corp., Inc., c/o Arthur H. Niles, Executive Director
      1686 Gates General Partners Corp., c/o Arthur H. Niles, Executive Director
      Malcolm 1677 General Partners Corp., c/o Arthur H. Niles, Executive Director
      1659 Hancock General Partners Corp., c/o Arthur H. Niles, Executive Director
      1661 Macon General Partners Corp., c/o Arthur H. Niles, Executive Director



(1) Vannguard Local Development Corp., Inc., (2) 1686 Gates General Partners Corp., (3) Malcolm 1677 General Partners Corp., (4) 1659 Hancock General Partners Corp., and (5) 1661 Macon General Partners Corp.