```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------- X
SONYA COLEY, ET AL.,
                         Plaintiffs,                              JUDGMENT
                                                                  12-CV-5565 (PKC) (RER)

        -against-

VANNGUARD URBAN IMPROVEMENT
ASSOCIATION, INC., ET AL.,

                         Defendants.
----------------------------------------------------------- X
```

A Memorandum and Order of Honorable Pamela K. Chen, United States District Judge, having been filed on March 27, 2018, granting Plaintiffs' motion for a default judgment against Defendant Niles and dismisses Defendants' counterclaims against Plaintiff Sonya Coley; finding that Plaintiffs are entitled to recover damages under the FLSA and NYLL against Defendants; consolidating the damages inquest as to Defendants and finding that Plaintiffs are entitled to a total damages amount of $929,973.07, as to which Defendants are jointly and severally liable; it is

ORDERED and ADJUDGED that Plaintiffs' motion for a default judgment against Defendant Niles is granted; that Defendants' counterclaims against Plaintiff Sonya Coley are dismissed; and that judgment is hereby entered in favor of Plaintiffs and against Defendants, jointly and severally, in the total amount of $929,973.07.

Dated: Brooklyn, NY                                               Douglas C. Palmer
March 27, 2018                                                    Clerk of Court

                                                         By:      /s/Jalitza Poveda
                                                                  Deputy Clerk