UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
SONYA COLEY, ET AL.,

                Plaintiffs,

      - against -

VANNGUARD URBAN IMPROVEMENT
ASSOCIATION, INC., ET AL.,

                Defendants.
---------------------------------------------------------x

**ASSET RESTRAINT ORDER**
12-CV-5565 (PKC) (RER)

PAMELA K. CHEN, United States District Judge:

      Upon consideration of Andre Soleil's failure to show cause for previously unaccounted for payments totaling $426,000, and pursuant to Rule 64 of the Federal Rules of Civil Procedure, Article 52 of New York State's Civil Practice Law, and this Court's inherent equitable power to issue remedies ancillary to its authority to provide final relief, it is hereby:

      ORDERED that Andre Soleil's assets are hereby restrained in the amount of $426,000; and it is further

      ORDERED that the foregoing restraint shall include any bank accounts Mr. Soleil holds in his personal or professional capacities at any financial institution, including, but not limited to, Citibank, TD Bank, or any other bank accounts held by Mr. Soleil's law firm.

SO ORDERED.

*/s/ Pamela K. Chen*
Pamela K. Chen
United States District Judge

Dated: April 10, 2018
       Brooklyn, New York