P.O. Box 26332
Brooklyn NY 11202-6332

September 12, 2018

Hon. Pamela K. Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

                Re.:    Coley, *et al*, v. Vanguard Urban Improvement Ass'n, Inc., et al, 12-CV-05565

                      Letter Motion to Vacate Finding of Criminal Contempt

Dear Judge Chen:

    Please be aware that, as of this morning, the $1,000.00 sanction imposed against me is paid. The former client's payment, expected since March 2018, has finally been received. It was upon this promise that I previously asked the Court to extend its deadline to July 2018. Nevertheless, this payment was just made available to me. I asked this client to take a $1,000 money order to the Clerk of the Court to pay my sanction; and it was done. Prior to this, I had no monetary resources through which to pay. I ask this Court to accept this payment as satisfaction of its sanction and to vacate its finding of criminal contempt. Thank you.

                                          Sincerely,

                                          André Ramon Soleil, Esq.

cc:    ECF List

```
&%RPCourt Name: Eastern District of New York

Division: 1
Receipt Number: 4653132168
Cashier ID: dafrani
Transaction Date: 09/12/2018
Payer Name: ANDRE RAMON SOLEIL
------------------------------------
SANCTIONS/CONTEMPT FINES
 For: ANDRE RAMON SOLEIL
 Case/Party: D-NYE-1-12-CV-005565-001
 Amount:         $1,000.00
------------------------------------
PAPER CHECK CONVERSION
 Amt Tendered: $1,000.00
------------------------------------
Total Due:       $1,000.00
Total Tendered:  $1,000.00
Change Amt:      $0.00
```